# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>ADRIAN PARTIDA, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00124---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY MAY 16, 2016 |

   Plaintiff filed this action on January 26, 2016, alleging violation of the Americans with Disabilities Act.  On April 14, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 11.)

   Accordingly, it is HEREBY ORDERED that:

   1.   All pending matters and dates in this action are VACATED; and

   2.   The parties shall file dispositional documents on or before May 16, 2016.

IT IS SO ORDERED.

Dated:   **April 15, 2016**

                                                                UNITED STATES MAGISTRATE JUDGE

1