# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>ADRIAN PARTIDA, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00124---SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE  AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 13) |

This action was filed on January 26, 2016.  (ECF No. 1.)  On April 14, 2016, Plaintiff filed a notice of settlement.  (ECF No. 11).  On April 19, 2016, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  (ECF No. 13.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."  Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078.  In this action, no

1  defendant has filed an answer or other responsive pleading.

2  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1)(A).

IT IS SO ORDERED.

Dated: **April 20, 2016**

UNITED STATES MAGISTRATE JUDGE